RECEIVED
MAR 13 2008
Property of U.S. District Court
District of Rhode Island

COVER SHEET

FROM: PLAINTIFFS'
COREY DAY,

JUAN EVORA, ET AL.
MAXIMUM SECURITY FACILITY
P.O. BOX 8273
CRANSTON, RI 02920-0273

February 29, 2008

TO: CLERK OF THE COURT
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF R.I.
ONE EXCHANGE TERRACE
COURTHOUSE BULIDING 119
PROVIDENCE, R.I, 02903

RE: CLASS ACTION CIVIL COMPLAINT

DEAR CLERK OF COURT:

I send this letter with the upmost respect for you and the Honorable Court. Enclosed, please find the following Civil Class Action Complaint, Application to proceed without prepayment of fees and affidavit, and Verification.

Please accept this cover sheet as a formal civil cover sheet due to the fact that I am an incarcerated inmate and the law library facilities within the instiution are inadequate and do not provide the proper forms to file a Civil Class Action Complaint, namely the civil cover sheet.

I respectfully await assignment of a case number, and also request a "Notice of Lawsuit" and "Waiver of Service of Summons" forms.

I thankyou for your much needed assistance.

Respectfully Submitted,

COREY DAY    JUAN EVORA

DATE: 2 /29 / 2008.