UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COREY DAY, JUAN EVORA,
et al.

v. C.A. No. 08-094 ML

ASHBEL T. WALL,
et al.

**MEMORANDUM AND ORDER**

Fifteen named plaintiffs, inmates confined at the Rhode Island Department of Corrections, filed a Complaint together with requests to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Only one plaintiff, Juan Evora, filed a copy of his prison trust account statement in support of the motion. See 28 U.S.C. § 1915.

Since it is readily apparent from Evora's trust account statement that he has sufficient funds to pay the initial filing fee, plaintiffs application to proceed *in forma pauperis* is **DENIED**.

Plaintiffs shall pay the $350.00 filing fee within ten days of this Order. Failure to comply will result in dismissal.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
March 18, 2008