# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

COREY DAY, JUAN EVORA,
et al.

V.

C.A. No. 08-094 ML

ASHBEL T. WALL,
et al.

## RESPONSE TO MEMORANDUM AND ORDER AND REQUEST FOR ORDER FOR ACCESS TO ALL PLAINTIFFS' ENCUMBERED ACCOUNT TO COMPLY WITH THE COURTS MEMORANDUM AND ORDER TO PAY THE COMPLETE FILING FEE OF $350.00

Fifteen named Plaintiffs', inmates confined at the Rhode Island Department of Corrections, filed a complaint together with request to proceed informa pauperis pursuant to 28 U.S.C. § 1915.

Since the Honorable Jacob Hagopian, Senior United States Magistrate Judge on March 18, 2008 Denied Plaintiffs' application to proceed informa pauperis, Plaintiffs' request stay and order, ordering Defendants to allow all Plaintiffs' to access their encumbered account to collectively pay the complete filing fee of $350.00 in good faith.

WHEREFORE the Plaintiffs pray that the Honorable Court in the best interest of Justice GRANT Stay and order for Defendants to allow Plaintiffs' to access encumbered account to pay complete filing fee in good faith.

Respectfully,

Date: 3/19/08

Juan Evora

Juan Evora, et al.
P.O. Box 8273
Cranston, R.I. 02920

CERTIFICATION
[28 U.S.C.A. 1746]

Plaintiffs, Juan Evora, et al. swears under penalty of perjury that he did in fact mail a true copy and two photo copies of within motion of RESPONSE TO MEMORADUM AND ORDER AND REQUEST FOR ORDER FOR ACCESS TO ALL PLAINTIFFS' ENCUMBERED ACCOUNT TO COMPLY WITH THE COURTS MEMORANDUM AND ORDER TO PAY THE COMPLETE FILING FEE OF $350.00 on March 19, 2008 via United States Postal Service.

Juan Evora