UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COREY DAY, JUAN EVORA,
et al.

v. C.A. No. 08-094 ML

ASHBEL T. WALL,
et al.

NOTICE OF APPEAL

Fifteen named Plaintiffs, inmates confined at the Rhode Island Department of Corrections, filed a Complaint together with request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Since Honorable Jacob Hagopian, Senior United States Magistrate Judge, on March 18, 2008 DENIED the motion for in forma pauperis.

WHEREFORE Plaintiffs' appeal and request a stay to allow all Plaintiffs' to collectively access encumbered account to pay full filing fee of $350.00.

Date: 3/20/08

Juan Evora
Juan G. Evora, et al.

# CERTIFICATION
[28 US.C.A. 1746]

I plaintiff, Juan Evora, et al., on March 20, 2008, did mail a true copy of Notice of Appeal and two photo copies to the Clerk of Court of the United States District Court For The District of Rhode Island, via United States Postal Services.

Juan Evora

Juan Evora, et al.
P.O. Box 8273
Cranston, R.I. 02920