UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

COREY DAY, JUAN EVORA,
et al.

vs. C.A. No. 08-094ML

ASHBEL T. WALL,
et al.

## MOTION FOR EXTENTSION OF TIME

NOW COMES the petitioner, Juan Evora, pro se, hereby moves this Honorable Court for an extentsion of time to pay the filing fee pursuant to the **Motion To Proceed In Forma Pauperis**, that was previously filed.

Petitioner's, request is just do to fact that he is trying to acquire the amount for the processing fee.

Petitioner's, is requesting an extentsion of time for a period of (30) days to comply with said order.

WHEREFORE, petitioner respectfully requests that this extentsion of time be granted.

Sincerely submitted,

Date: 3/25/08

Juan Evora

Juan Evora, pro se
Maximum Security
P.O. Box 8273
Cranston, RI 02920

CERTIFICATION
[28 USCA 1746]

I, the undersigned, hereby certify that on the 25 day of March 2008. I place a true and correct copy of the above Motion for Extentsion of Time to the ~~Attorney~~ Clerk of ~~General's Office located at 150 South Main Street~~ U.S. Dist. Court for the Dist. of Rhode Island, Providence, RI 02903.

Juan Evora
Juan Evora, pro se