**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**COREY DAY, JUAN EVORA, et al.**

**vs.** **C.A. No. 08-094ML**

**ASHBEL T. WALL, et al.**

**MOTION FOR EXTENTSION OF TIME**

NOW COMES the petitioner, Juan Evora, pro se, hereby moves this Honorable Court for an extentsion of time to pay the filing fee pursuant to the **Motion To Proceed In Forma Pauperis**, that was previously filed.

Petitioner's, request is just do to fact that he is trying to acquire the amount for the processing fee.

Petitioner's, is requesting an extentsion of time for a period of (30) days to comply with said order.

WHEREFORE, petitioner respectfully requests that this extentsion of time be granted.

Sincerely submitted,

Date: 3/25/08

Juan Evora
Juan Evora, pro se
Maximum Security
P.O. Box 8273
Cranston, RI 02920

Granted.
Mary M. Lisi
USDJ 4/11/08