Corey A. Day, ID#127574
P.O. Box 8273
Cranston, RI 02920-0273

RECEIVED
APR 25 2008
Property of U.S. District Court
District of Rhode Island

April 21st, 2008

Judge Mary M. Lisi
United States District Court for the District of Rhode Island
One Exchange Terrace
Courthouse Building #119
Providence, RI 02903

RE: Case # 08-094ML, "Islamic Sunni Ummah, et al. vs. Ashbel T. Wall, et. al.

Dear Judge:

I am writing to reqest that I be removed from the above class action law suit. I don't know how to get myself removed from it, so I am writing you. Please help me, I do not wish to be apart of this case.

Respectfully Yours,

Corey A. Day

Corey A. Day