**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

Juan Evora, et al., Plaintiff

v. Civil Action Number: 08-094 ML

Ashbel T. Wall, et al., Defendant

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

**Plaintiffs,** Juan Evora, et al., pursuant to Rules 15(a) and 19(a), Fed.R.Civ.P., requests leave to file an amended complaint adding a party.

1. The plaintiffs in their original complaint named **Corey Day** as a Plaintiff.

2. Since the filing of the complaint, Correctional Officers have launched an endless campaign against the members of this class and the Muslim inmate population.

3. Former Plaintiff, Corey Day, had priveledged legal material for this case seized, read, examined, and subsequently dey-stroyed by Corrections staff. He was threatened with punitive segregation. His cell was repeatedly search and deystroyed. Corrections staff interogated him on a repeated basis, sometimes lasting over an hour per session, demanding to know about the current law suit. They yelled at him, seized his legal meterial, and continue to this day, to launch derogatory insults and

remarks at Day, due to his involvement with this case. Day took his complaint to the Warden who dismissed his concerns with the waive of a hand, calling it hearsay.

4. Former Plaintiff Corey Day filed a motion with the court , on 4/25/2008, to remove himself from the class action civil complaint. This was done in an effort to stave off the endless attacks that Corrections staff perpetuated against him, which were escalating to the point where Day feared for his safetey, well-being, and basic liberties.

5. Day subsequently filed a lawsuit on his own behalf, addressing the same facts of the former complaint. This law-suit is unbeknownst to the Corrections staff at this time. (See: **Corey Day v. Ashbel T. Wall.**).

6. Former Plaintiff Day does not have the resources to continue in that subsequent complaint. He wishes to be returned as a Plaintiff to the former class action civil suit to which he belonged **(See: Juan Evora, et al. vs. Ashbel T. Wall, et al., C.A.No.08-094ML)**, in hope that the Honorable Court will protect him and all the members of this class and the Muslim inmate population through the means of an immediate Temporary Restraing Order and Preliminary Injunction, to prevent further harm and continued infringement of all of the parties rights and basic human wellfare.

7. Former Plaintiff Day's actions in removing himself from the class action civil complaint were clearly done under duress and a genuine fear of harm from Corrections staff.

The ends of justice would best be served by granting leave to allow former Plaintiff Corey Day to be renamed as a member of this class action civil complaint (No.08-094-ML).

8. The court should grant freely to amend a complaint. **Foman v. Davis, 371 U.S. 178, 182 (1962).**

**WHEREFORE** Plaintiffs pray this Honorable Court grant leave to amend the complaint and add Corey Day as a named Plaintiff to this class action civil complaint.

Respectfully Submitted,

Corey Day

Juan Evora

Dated: 5/8/08

Juan Evora, et al.
P.O. Box 8273
Cranston, RI 02920

**CERTIFICATION OF SERVICE**
**28 U.S.C.A SECTION 1746**

Plaintiffs Juan Evora, et al., swear under the penalty of perjury pursuant to 28USC1746, that he did in fact mail a true copy and two photo copies of the Motion for Leave to File An Amended Complaint, on 5/8/08, via United States Postal Service.

Corey A. Day

Juan Evora