**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN EVORA, OMAR AUSTIN, et al.**[1]

**v.** **C.A. No. 08-094 ML**

**ASHBEL T. WALL, et al.**

# ORDER

Plaintiffs filed a motion on March 25, 2008 requesting the Court to order Defendants to allow all Plaintiffs access to their encumbered accounts to collectively pay the Court filing fee of $350. Since the filing fee for this case has now been paid, Plaintiffs' motion is hereby DENIED as moot.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
May 13, 2008

---

[1]Corey Day, one of the original named plaintiffs in this matter, requested withdrawal and was granted termination from this case as of April 25, 2008.