**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN EVORA, OMAR AUSTIN, et al.**

**v.** **C.A. No. 08-094 ML**

**ASHBEL T. WALL, et al.**

**O R D E R**

Plaintiffs filed a motion on May 13, 2008 for leave to file an Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure seeking to add Corey Day as a plaintiff.[1] Responsive pleadings have not been served in this case to date and no objection to plaintiffs' motion has been filed. Therefore, in accordance with Rule 15(a), plaintiffs' motion for leave to file an Amended Complaint is GRANTED. Plaintiffs shall have twenty days from the date of this Order to file an Amended Complaint with the Court.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
June 2, 2008

[1]Corey Day was originally one of the named plaintiffs in this matter, however, he requested withdrawal and was granted termination from this case as of April 25, 2008.