"CLASS ACTION CIVIL COMPLAINT"
*****************************

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ISLAMIC SUNNI UMMAH OF
MAXIMUM SECURITY FACILITY,

COREY DAY,

JUAN EVORA,

OMAR AUSTIN,

JAMES BARNES,

TRACEY BARROS,

DANDRIDGE CATUS,

ALVIN SMITH,

MARVIN RUBIO,

JAMES HUNDLEY,

GARY GROMKIEVICZ,

CARLOS OCASIO,

SHEA COOKE,
TERRY GRIFFIN,

SIMEON BRIGGS, et al.

Vs.

ASHBEL T. WALL, DIRECTOR DOC,

WARDEN WEEDEN, MAXIMUM SECURITY FACILITY,

DEPUTY WADEN KETTLE, MAXIMUM SECURITY FACILITY,

ROBERTA RICHMAN, ASSISTANT DIRECTOR PROGRAMS,

JOHN ROGERS, SUPERVISOR R.I.D.O.C. FOODSERVICES, et al.

CLASS ACTION CIVIL COMPLAINT
*****************************

CIVIL ACTION NUMBER: 08-094ML

JURY TRIAL DEMANDED
*******************

## CIVIL RIGHTS COMPLAINT

This is a class action civil complaint filed pursuant to 42 USCA 1983, and 42 USCA 1985 and 1986 by the Plaintiffs', Islamic Sunni Ummah (Muslim Brotherhood) of the Islamic Faith, Corey Day, Juan Evora, Omar Austin, James Barnes, Tracey Barros, Dandridge Catus, Alvin Smith, Marvin Rubio, James Hundley, Gary Gromkievicz, Carlos Ocasio, Shea Cooke, Terry Griffin, Simeon Briggs, et al., all inmates at the Rhode Island Department of Corrections Maximum Security Facility, in Cranston, Rhode Island, alleging violations of their constitutional rights by the named Defendants'. The Plaintiff' are seeking declaratory judgement, compensatory and punitive relief. **The Plaintiffs' seek "TRIAL BY JURY".**

## JURISDICTION

1. This is a class action civil rights complaint pursuant to 42 USCA 1983, and 42 USCA 1985 and 1986. This court has jurisdiction under 28 USCA 1331 and 1343 (3). The Plaintiffs' also invoke the pendent jurisdiction of this court to decide and hear matters relating to state law, as well as to claims relating to policies and practices of the Rhode Island Department of Corrections.

## PARTIES

2. Corey Day, Plaintiff is an incarcerated inmate at the Rhode Island Department of Corrections Maximum Security Facility, in Rhode Island. He is presently housed in General Population in the Maximum Security Facility.

3. Juan Evora, Plaintiff is an incarcerated inmate at

the Rhode Island Department of Corrections Maximum Security Facility, in Rhode Island. He is presently housed in General Population Maximum Security Facility.

4. Omar Austin, Plaintiff is an inmate incarcerated at the Rhode Island Department of Corrections Maximum Security Facility, in Rhode Island. He is currently housed in General Population Maximum Security Facility.

5. James Barnes, Plaintiff is an inmate incarcerated at the Rhode Island Department of Corrections Maximum Security Facility , in Rhode Island. He is presentlty housed in General Population Maximum Security Facility.

6. Tracey Barros, Plaintiff is an incarcerated inmate at the Rhode Island Department of Corrections Maximum Security Facility, in Rhode Island. He is presently housed in General Population Maximum Security Facility.

7. Simeon Briggs, Plaintiff is an inmate incarcerated at the Rhoded Island Department of Corrections Maximum Security Facility, in Rhode Island. He is presently housed in General Population Maximum Security Facility.

8. Shea Cooke , Plaintiff is an inmate incarcerated at the Rhode Island Department of Corrections Maximum Security Facility, in Rhode Island. He is currently housed in General Population Maximum Security Facility.

9. Dandridge Catus, Plaintiff is an incarcerated inmate at the Rhode island Department of Corrections Maximum Security Facility, in Rhode Island. He is presently housed in General Population Maximum security Facility.

10. Terry Griffin, Plaintiff is an incarcerated inmate at the Rhode island Department of Corrections Maximum Security Facility, in Rhode island. He is presently housed in General Population Maximum Security Facility.

11. Gary Gromkievicz, Plaintiff is an incarcerated inmate at the Rhode Island Department of Corrections Maximum Security Facility, in Rhode Island. He is presently housed in General Population Maximum Security Facility.

12. James Hundley, Plaintiff is an incarcerated inmate at the Rhode Island Department of Corrections Maximu Security Facility, in Rhode Island. He is presently housed in General Population Maximum Security Facility.

13. Alvin Smith, Plaintiff is an incarcerated inmate at the Rhode Island Department of Corrections Maximum Security Facility, in Rhode Island. He is presently housed in General Population Maximum Security Facility.

14. Marvin Rubio, Plaintiff is an incarcerated inmate at the Rhode Island Department of Corrections Maximum Security Facility, in Rhode Island. He is presently housed in General Population Maximum Security Facility.

15. Carlos Ocasio, Plaintiff is an incarcerated inmate at the Rhode Island Department of Corrections Maximum Security Facility, in Rhode Island. He is presently housed in General Population Maximum Security Facility.

16. Ashbel T. Wall, Defendant is the Director of the Rhode Island Department of Corrections, in Cranston, Rhode Island.

17. Warden Weeden, Defendant is the Warden of Maximum Security Facility, Rhode Island Department of Corrections, in Cranston, Rhode Island.

18. Deputy Warden Kettle, Defendant is the Deputy Warden of Maximum Security Facility, Rhode Island Department of Maximum Security Facility, Rhode Island Department of Corrections, in Cranston, Rhode Island.

19. Roberta Richman, Defendant is the Assistant Director of Programs at the Rhode Island Department of Corrections, in Cranston, Rhode Island.

20. John Rogers, Defendant is the Supervisor of the Rhode Island Department of Corrections Foodservice, in Cranston, Rhode Island.

21. Et alia, Defendants' of the Rhode Island Department of Corrections, in Cranston, Rhode Island.

**PRELIMINARY INJUNCTION**

**AND COURT ORDER GRANTING**

**DIETARY MEALS CONFORMING WITH**

**MUSLIMS ISLAMIC FAITH**

**AND THE FREEDOM TO PRAY OPENLY CONFORMING**

**WITH THE ISLAMIC FAITH AND WORSHIPPING**

**OF ALLAH (GOD) FIVE TIMES A DAY**

**CONFORMING WITH THE FIRST AMENDMENT RIGHT**

**TO FREE EXERCISE OF RELIGION AND PRACTICE**

**FEDERAL RULE OF CIVIL PROCEDURES RULE 65 (a)**

22. Plaintiffs' Corey Day and Juan Evora, et al., ask the Honorable Court order Defendants' to comply with dietary meals conforming with Muslims Islamic Faith, free exercise of religious freedom, to be allowed to pray openly conforming with the Islamic Faith, and worshipping of Allah (God) five times a day, to allow all of the Muslims to eat Halal (lawful) food, to allow all Muslims to wear Kufi's at all times, as the Christians are allowed to wear crosses upon their necks which is free exercise of their faith, we Muslims ask to be allowed to have free exercise also by wearing

our kufi's in conforming to our religious faith.

**FACTS**

22. I, Corey A. Day, Plaintiff hereby makes the following statement of facts under the penalty of perjury under 28 USCA 1746, both Federal and State laws. Iswear as follows to the best of my knowledge:

23. I am a practicing Muslim and am currently in the Maximum Security Facility in Cranston, Rhode Island. The A.C.I. has done an unimaginable amount of things against me and all Muslims, both in the Maximum Security Facility, and in the other facilities as well, to hinder us from the practice of our Islamic faith.

24. The A.C.I. has a policy that they will accomidate the dietary restrictions of Muslim inmates. Muslims cannot eat pork, and meats that were not slaughtered in accordance with Islamic Law. In response to this though, the A.C.I. choose to give Muslims meals that consist of nothing more than two or three slices of cheese, four slices of bread, and a vegetable. Three slices of cheese is hardly an adequate and healthy alternative to the types of meals that the general population is fed. While the general population eats hamburgers, hot dogs, meat loaf, spicy and fried chicken, etc., the Muslims are left with nothing more than a few slices of cheese and bread. A few times a month, there may be a kitchen steward

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

25. I, Corey A. Day, inmate of the Rhode Island Department of Corrections, Maximum Security Facility in Cranston, R.I. of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

26. I am a Muslim and am currently in the A.C.I.'s Maximum Security Facility. The A.C.I. has done an unimaginable amount of things against me and all Muslims, both in the Maximum Security Facility, and in the other facilities as well, to hinder us from the practice of our Islamic faith.

27. The A.C.I. has a policy that they will accomidate the dietary restrictions of Muslim inmates. Muslims cannot eat pork, and meats the were not slaughtered in accordance with Islamic Law. In response to this though, the A.C.I. chooses to give Muslims meals that consist of nothing more than two or three slices of cheese, four slices of bread, and a vegetable. Three slices of cheese is hardly an adequate and healthy alternative to the types of meals that the general population is fed. While the general population eats hamburgers, hot dogs, meat loaf, spicy and fried chicken, etc., the Muslims are left with nothing more than a few slices of cheese and bread. A few times a month , there may be a kitchen steward

who is sympathetic enough to give the Muslims a piece of fish or a cup of beans, but otherwise, the A.C.I. attempts to satisfy our nutritional and religous requirements with the cheese, claiming it to be a cost effective and healthy alternative.

28. The Muslims are consistently and systematically denied a basic alternative to the unlawful meat that we are required to abstain from. Likewise, Islamic Law greatly prohibits a Muslim from consuming foods that are unwholesome or detrimental to one's health, as is the current situation.

29. Our Holy Prophet Muhammad (Peace and Blessings Be Upon Him) has told us that, "the heart rejoices in eating meat" (related by Ibn Majah and Abu Huraira--May Allah Be Pleased With Them Both). Further, the Prophet Muhammad's closest disciple and relative, Ali bin Abi Talib(May Allah be Pleased With Him) said, "Meat comes from Meat: whoever does not eat meat for forty days in a row will waste away." The Prophet Muhammad instructed the Muslims to follow his desciples because the have the greates knowlede and comprehension of the Islamic faith; and Ali bin Abi Talib in particular is one of a few of the Prophet Muhammad's disciples who were given guarantees of paradise by him. So for a Muslim, it is considered very destructive, not only to eat unlawful meat, but also to go without lawful meat. Meat contains irons, proteins, and amino acids that aren't available in other types of foods-especially not three slices of cheese.

30. Allah (God) tells Muslims in the Qur'an:

-- "So eat of meats on which Allah's name has been pronounced, if ye have faith in His signs. Why should ye not eat of meats on which Allah's name hath been pronounced, when He hath explained to you in detail what is forbidden to you-except under compulsion of necessity? But many do mislead (people) by their appetites unchecked by knowledge. Thy Lord knoweth best those who transgress." ("The Holy Qur'an", Surah 6-Al An'am, Verses 118-119: Translation by, Abdullah Yusuf Ali).

--"Of the cattle are some for burden and some for meat: Eat what Allah hath provided for you, and follow not the footsteps of Satan: For he is to you an avowed enemy." (Ibid,Verse 142).

--"Say(Prophet Muhammad): 'I find not in the Message recieved by me by inspiration any (meat) forbidden to be eaten by anyone who wishes to eat it, unless it be dead meat, or blood poured forth, or the flesh of swine-for it is an abomination-or what is impious, on which a name hath been invoked other than Allah's." (Ibid.,Verse 145).

-- For a Muslim, it is very much forbidden to take something that Allah has made lawful unto us, and then to go without it, especially when this causes detriment to a person's body and spirit-as in the current situation. What the A.C.I. is doing by serving us sub-standard food, is forcing us to choose between the pangs of hunger and the facts of under nourishment, or to comprimise our faith and eat the unlawful food that the A.C.I. serves to the general population, all to the detriment of our faith.

31. If a Muslim consumes any unlawful food, even if it were only a crumb, it is not only a great sin, but the he will also not have any of his prayers anwsered for forty days. It is firm belief of Muslims that on the Day of Judgement, the first thing Allah looks at when judging us is our prayers. If they are found to be defective, He won't even consider any of our other good deeds and we will subsequently be cast into the Fire of Hell. So a simple act of consuming unlawful food, even once, can bring a man great punishment. I, and my Muslim bretheren would rather die of mal-nutrition, and/or suffer the pangs of hunger and weakness, than to ever consume even a crumb of unlawful food.

32. Muslims are no different than any other people. We still require the same balanced diet of breads, meat, fish, poultry, fruits, vegetables, and fat, that the Federal Government recommends for daily allowances (c.f. the USDA "Food Pyramid"). Muslims are not vegetarians, nor does our faith command us to any such unful action as that.

33. Allah commands Muslims in the Qur'an:

--"So eat of the sustenance which Allah has provided for you lawful and good; and be greatful for the favours of Allah, if it is Him who ye serve."(Ibid., Surah 16-Al Nahl, Verese 114).

--"Eat and pasture your cattle: verily, in this are Signs, for men endued with understanding."(Ibid., Surah 20-Ta Ha, Verse 54).

34. The A.C.I.'s countinued use of three slices of cheese as a healthy substitute goes against everything that the Muslims regard as sacred in their religon and which they strive to uphold. We see the continued use of cheese as a mockery of our faith, and it goes against the clear mandates of the religon of Islam.

35. Furthermore, even of the non-meat foods that the A.C.I. serves us, there is no way for the Muslims to know if the food contains pork or any other type of unlawful substances or by-products. When a Muslim is encountered with a doubtful situation such as this, he is commanded to abstain from the doubtful food. Thus, this further deprives him of what little food he is getting already getting.

36. When the A.C.I. does serve the Muslims their cheese trays, they still often contain the meat that the general population is eating as well, thus it becomes containminated and we cannot eat it. For example, if the general population is eating bologna at lunch, the Muslims will be served their cheese and bread with the bologna right on top of it or beneath it, thus rendering our whole meal unlawful for us to consume. We are once again forced to either eat the unlawful food and deystroy our faith , or go hungry without so much as a piece of bread inside of us.

37. There is also no way of knowing if the food we're being served was in anyway containminated in the kitchen as well.

If the food we're served was cooked in the same pot or placed on the same tray, or served with the same utensil that had already been used with unlawful food, then our meal becomes contaiminated and our meal in rendered unlawful. Kitchen porters in preparing food will always handle unlawful food and food products and then go and handle the Muslim meals while their hands are contaiminated, thus rendering the Muslim meals unlawful for us to eat.

38. The Holy Prophet Muhammad(Peace and Blessings Be Upon Him), forbade eating the following foods together at the same meal: milk and fish, or vinegar and milk, or fruit and milk, or lettuce and fish, or garlic and onions, or dried meat and fresh meat, or sour things and acid things, or sumach and vinegar, or vinegar and rice, or grapes and excessive eating of aubergines, or pomegranates and meat pudding, or two cold dishes, or two hot dishes, or two wind producing dishes. (C.F. "As-Suyuti's Medicine of the Prophet," by Jalalu'd-Din Abd'ur-Rahman As-Suyuti. page 10).

39. Almost every meal the A.C.I. serves the Muslims goes completely against one, or more of the restrictions that I've named thus far in this affidavit. This further places an unimaginable hardship on myself and Muslims that the words on this page couldn't even begin to describe. All we want in this regard is to please our Lord and not incur punishment on ourselves. We strive for the life after death, and the diet we practice is one of the major ways in which we render our bodies and our souls into the complete willing submission and service

to Allah that we strive for.

40. Another aspect of our Islamic faith that the A.C.I. continually seeks to obstruct is the performance of our daily prayers. It is obligatory for a Muslim pray five times a day, and it is highly stressed that one pray even more than that. The five obligatory prayers are spread out through the day from the morning till the night. When a time for prayer comes in, Muslims must stop whatever they are doing, and regardless of where they are, they must perform their obligatory prayers. The only exception to this being if there is an extreme fear of danger or loss of life. Even then, the prayer must be made up as soon as possible after the danger subsides. In the A.C.I., however, there are many timesand places in which, if a Muslim were to pray, he would be disciplined, sprayed with mace, and then thrown into isolation as punishment.

41. Muslims are not allowed to pray in the cell block, the gymnasium, the activities building, and even the yard, prayers have been broken up under the threat of punishment. Even though there is a Mosque in the activities bulilding where Muslims could congregate and perform their obligatory prayers, the A.C.I. refuses to allow the Muslims to pray in the Mosque unless a civillian clergyman is present. In the Islamic religon, however, there is no formal clergy, preist system, or other central Islamic theological authority or institution. It is not necessary for some special person to conduct our prayers, and a Muslim's prayer will very rarely exceed ten minutes.

42. Instead of allowing the Muslims to pray in the Mosque, or to pray at all in other areas of the compound, the A.C.I. forces us to choose between our obligation of performing a 5-10 minute prayer, or getting beaten, maced, and punished in isolation. Many times, Muslims are forced to pray in secret, hidden in blind-spots where corrections staff can't see them, while a Muslim posts lookout to prevent any harm from coming to those who are praying.

43. As I mentioned earlier in this affidavit, if a Muslim's prayers are found to be defective, on the Day of Judgement, Allah will not even consider any of our other good deeds, and we will likely suffer the punishment of the Fire of Hell. This is a very real thing for Muslims that we believe will undoubtedly occur. The performance of the daily prayers is obligatory upon all Muslims, and the failure to perform them is considered a major sin and an act of disbelief.

44. To compound all these infringements on our faith, the A.C.I. correctional officers engage in an endless campaing to verbally insult and harass Muslims under their watch. Not a day goes by that I'm not called a "terrorist," or referred to as the "Taliban," or any other of dozens of debasing remarks, conotations, and snickers. When Muslims go to get their food in the cafeteria, officers will ask us derogatory questions like,"hey, I got some nice pork chops for you. How'd you like that, buddy?" Or,"come on, I know you wanna' eat these hot-dogs...mmmm...ya smell that? I know you wanna' have one. Come on," they say as they taunt Muslims over their faith.

45.There isn't a single Muslim who hasn't been degraded with comments like these. When the correctional officers see us in groups, many times they'll say to us that they're "going to break us up and shut us down." Whenever they can, without the administration knowing about it, officers will not allow Muslims to sit together at the same tables in the library or the cafeteria. When we tell the administration of these things, the officers claim to have no knowledge of what we're talking about, and our grievances to no further than that.

46 .Every Muslim who has ever tiried to order Islamic books and literature through the mail, has often times never recieved their books. Though, any non-Islamic books that we order are recieved and delivered to us without incident. A correctional officer who is sympathetic towards us once said that there is a whole locker full of Islamic books in the mail room. When we present evidence to the mail room officer that we in fact ordered such books and that the publisher/distributor confirmed their delivery, the mail room officer claims to have no knowledge of any such books. We are afraid that if we bring this issue to the warden, the mail room officer will then tamper with our regular mail, so this further puts us in a very difficult situation.

47 .

48 .

49. Everyday, even as us Muslims type our affidavits and other documents for this case, the correctional officer who supervises the Law Library where the typewriters are located, takes the typewriter ink bands after we use them, and then by pulling the ink-band the opposite way and un-spooling it, he reads what was typed. This information is then being conveyed to other corectional officers who are now engaging in retaliatory tactics against the Muslims who are a party to this suit.

50. Thus far, most of the Muslims who are a party to this law suit have had our cells searched, torn apart, and we have subsequently had our indentifiable legal work confinscated. We've had to redo pages and pages of legal documents and motions for this case because the correctional officers have deystroyed them. Now, all legal documents that we have are being hidden and concealed for fear that continued reprisal tactics will force us to abandon the current suit. Likewise, not only is our legal work being confinscated and deystroyed, but personal letters, photos, and religous literature and other material has been seized and deystroyed. All of this has been occuring in the past week, ever since we began to type up our legal documents on the typewriters in the Law Library. When all of this was brought to the warden's attention by many of us, he had a completely indifferent attitude towards our grievances, telling us that what we were saying is nothing but hearsay.

51. My attempts to resolve all the enclosed matters via the

prison grievance system have been completly blocked by prison officials. Both the Deputy Warden and the Prison Grievance Coordinator have denied us the necessary grievance forms despite our repeated requests. The Department of Corrections grievance policy which I presented to them in person, says that grievance forms cannot be denied under any circumstances. Despite this, they will still not provide us with a single one.

52. I, Corey A. Day, I.D.# 127574, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 2/22/08

Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

51. I, Juan G. Evora, Plaintiff hereby makes the following statement of facts under the penalty of perjury under 28 USCA 1746, both federal and state laws. I swear as follows to the best of my knowledge:

52. I am a practicing Muslim and am currently in the Maximum Security Facility, in Cranston, Rhode Island.

53 . That since my incarceration within the Rhode Island Department of Corrections in January of 2004, I have been denied the constitutional right to free exercise of my religion, and denied equal protection of the constitutional fourteenth amendment right and laws.

54 . That the Defendants' have violated my civil and legal rights along with the whole Islamic Sunni Ummah. The Defendants' violated the first, eighth and fourteenth amendments of the United States Constitution and Rhode Island Constitution.

55. The first amendment of the United States and Rhode Island Constitution states, freedom of religion, freedom to practice religion, and free exercise of religion. These constitutional rights have been violated by the named Defendants' et al.

56. The Defendants' are in violation of their own policies and the **CONSENT DECREE**, the Defendants' consented to in: **Jefferson Vs. Moran, C.A. No.** 85-5003, entered 12/12/85 amending state statutory law... R.I.G.L. 42-53-3 of the administrative procedures act. By the unlawful promugation of policies mentioned that went before the Providence Superior Court Judge Susan McGuirl and Judge Gilbert V. Indeglia, also well aware was Judge Rodgers, and the **CODE OF ETHICS** 3.14-1 R.I.D.O.C. Policy on State Employees, and the 26.-1-2 DOC; **RELIGIOUS PROGRAMS and SERVICES;** Repeals 26.01-1 DOC 5.06.02-1, 5.06.03-1. Policy 26.01-2 DOC page 7 of 11 dated 01/22/03, (5.) **RELIGIOUS ACTIVITIES** each accredited religious organization is

encouraged to plan its own activities using the appropriate community and institutional resources. Religious activities include, but are not necessarily limited to: worship services, religious instruction, reading and study, religious discussion groups, and pastoral counseling.

57 . **SPECIAL DIETS** **a.** The inmate menu is written to accommodate the diet restrictions of Jewish and Muslim inmates. Request for additional accommodations based on religion should be initiated by interested inmates and submitted to the Assistant Director of Rehabilitative Services (PROGRAMS) office. The Defendants' do not honor this request fully, as will be stated within.

58 . Defendants' violated and are still violating the **CODE OF ETHICS 3.14-1 DOC page 6 Of 13... (4). RELATIONSHIPS WITH OFFENDES ... a.** **CIVIL RIGHTS OF OFFENDERS** (1) Staff shall protect the civil and legal rights of each member of the offender population. This is not done by Defendants' as will be fully stated within... (2) The actions and judgments of staff in the exercise of duties which bring them in contact with the offender population shall not be influenced by personal feelings, attitudes, or prejudice towards an individual or group. Many of the Defendants' are racist against the Muslim Ummah (Muslim inmates) population, they belittle, and utilize reprisal tactics treating Muslims as terrorist. Daily reprisal tactics are utilized against the Muslim Sunni Ummah for no other reason then the fact, Muslim following the Holy Quran and Fiqh-us-Sunnah.

59. Because I am a practicing Sunni Muslim, I am being put through cruel and unusual punishment in violation of the United States Constitution and Rhode Island Constitution, that being the violation of my first amendment right to religious diet, which in turn led up to the eighth amendment violation and fourteenth amend-

ment of the United States Constitution and Rhode Island Constitution.

60. I am not being giving the proper dietary requirements, and the medical records of weight loss will prove this, and exhibits that are submitted along with the civil complaint (class action). Through the hardships, reprisal tactics, I remain striving in the **Deen (ISLAM)** and practicing my Islamic Faith. All in compliance with the **FIVE PILLARS of ISLAM.** I pray to be granted the right to pray **free exercise of religion** in congragation which is in compliance with Qur'an and Sunnah (Islamic Law).

61 . In compliance to the Decree of Allah (SWT) I strive to adhere to the Holy Qur'an and Fiqh-us-Sunnah (Fiqh: Islamic Jurisprudence, and, Sunnah: The legal way or ways, orders, acts of worship and statements of the Prophet (Muhammad (SAW) ), that have become models to be followed by the Muslims. To strive for complete and full knowledge of Tauhid (Islamic Monotheism): Tauhid means declaring Allah to be the only God. It has three aspects: (A) Oneness of the Lordship of Allah; Tauhid-ar-Rubiyyah: To believe that there is only one Lord for all the universe and He is its Creator, Organizer, Planner, Sustainer, and the Giver of security, and that is Allah. (B) Oneness of the worship of Allah; Tauhid-al-Uluhiyyah: To believe that none has the right to be worshipped [e.g. praying, invoking, asking for help (from the unseen), swearing, slaughtering sacrifices, giving charity, fasting, pilgrimage, etc.], but Allah. (C) Oneness of the Names and the Qualities of Allah; Tauhid-al-Asma was-Sifat: To believe that: (i) we must not name or qualify Allah except with what He or His Messenger (SAW) has named or qualified Him; (ii) none can be named or qualified with the Names or Qualifications of Allah; e.g. Al-Karim; (iii) we must believe in

all the qualities of Allah which Allah has stated in His Book (the Holy Qur'an) or mentioned through His Messenger Muhammad (SAW) without changing their meaning or ignoring them completely or twisting the meanings or giving resemblance to any created things; e.g. Allah is present over His Throne and mentioned in the Qur'an verse 20:5 "The Most Gracious (i.e. Allah) rose over (Istawa) the (Mighty) Throne" over the seventh heaven; and He comes down over the first (nearest) heaven (to us) during the day of 'Arafah (Hajj, i.e. 9th Dhul-Hijjah) and also during the last third part of the night, as mentioned by the Prophet Muhammad (SAW), but He is with us by His Knowledge, not by His Personal Self (Bi-Dhatihi), "there is nothing like unto Him, and He is the All-Hearer, the All-Seer." (The Qur'an verse 42:11).

This Noble Verse proves the quality of hearing and the quality of sight for Allah without likening it (or giving resemblance) to others; and likewise He also says: "To one whom I have created with Both My Hands." (V. 38:75); and He also says: "The Hand of Allah is over their hands." (V. 48:10). This confirms two Hands for Allah, but there is no similarity for them.

This is the Faith of all true believers (Muslims), and was the Faith of all the Prophets of Allah from Nuh (Noah), Ibrahim (Abraham), Musa (Moses) and Isa (Jesus) till the last of the Prophets, Muhammad (SAW). It is not like as some people think that Allah is present everywhere, here, there and even inside the breast of men. These three aspects of Tauhid are included in the meaning of La-ilaha ill-Allah (none has the right to be worshipped but Allah.

62 . It is also essential to follow Allah's Messenger Muhammad (SAW) Wajub Al-Ittiba' and it is a part of Tauhid-al-Uluhiyyah.

this is included in the meaning: "I testify that Muhammad (SAW) is the Messenger of Allah" and this means, "None has the right to be followed after Allah's Book (the Qur'an), but Allah's Messenger Muhammad (SAW). [See the Qur'an (V.59:7) and (V.3:31)].

63. I aver that the Defendants treatment of the Muslims constitutional rights, has led to constitutional violations of the first, Eighth, and Fourteenth Amendments of both the United States and Rhode island Constitutions:

1.) The First Amend. entitles all citizens to freedom of religion, free exercise of religion, the right to practice and worship in accordance with religious beliefs (Islamic Faith).

2.) The Eighth Amend. entitles all citizens to be free from cruel and unusual punihment. The Defendants are in the routine habit of practice of causing Muslim inmates hardship, punishments for just praying, reading, or studying Arabic Holy Text of Al-Qur'an the Book of Allah, threats of segregation, cells being trashed, or to be belittled, even personal harm to physical body, and the food amount served to the Muslim population is cruel and unusual punishment, and unhumane treatment. [See exhibit- that is attached of food dietary list and meals documented].

64. I, Juan Evora, I.D.# 75069, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 2/22/08

Juan H. Evora
Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

65. I, Marvin Rubio, inmate of the Rhode Island Department of Corrections, Maximum Security Facility in Cranston, R.I. of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

66. I am a Muslim who is currently incarcerated at the A.C.I. Max. Prison. Since I have been in here, the prison's treatment of myself, in relation to the free excercise of my Muslim faith, has been horrible.

67. As a Muslim, I am required to follow strict dietary laws. One of the major restictions is that I cannot eat pork, or any other meat that was not slaughtered in accordance with Islamic Law. The A.C.I., though, in accomidating this restriction, will not feed me or any other Muslim any kind of meat; but they instead feed us three (3) slices of cheese, or sometimes nothing at all, when providing Muslims with a meat substitute when the general population is being served meat loaf, chicken , hamburgers, ham, and hot dogs. Occaisonally, the A.C.I. will give us Muslims a cup of beans or some fish as a substitute, but this rarely occurs, happening only a handful of times every month. If it's cost effective for the prison to serve cheese and bread to the Muslims every day, calling that an adequate diet, then

why don't they just that for the rest of the prison population as well.

68. Muslims are also required to pray five times a day as well, no matter where we are or what we're doing. When I and the other Muslims have made attempts to pray at the prescribed times, whether we be in the gymnasium, library, or cell block, the correctional officers have yelled at us and broken up our prayer, threatening to take us to isolation and discipline us if we continued to pray. Had we have continued to pray, we would've been sprayed with mace, taken to segregation, and kept in isolation for an unknown amount of time. At the same time though, there is a Mosque here in Maximum Security which we could be using to pray in, but the corrections staff will not allow us access to it.

69. Corrections staff are constantly, on a daily basis, making degrading comments against the Muslims. They call us "terrorists" and say that they're going to "break us up and shut us down." When we congregate in the prison library to discuss our faith and study our religon, the corrections staff will break us up and not allow the Muslims to sit at the same table together.

70. More and more, everyday, corrections staff are doing this and other things to numerous to describe, to prevent me and all the other Muslims in here from practicing our religon.

The Warden, and the Administration will not help us, and complaints against individual correctional staff go completely uninvestigated.

71. I, Marvin Rubio, I.D.#122621, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 2-22-08

M. Rubio
Signed under the penalty of perjury
[28 USCA 1746]