"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

72 . I, Jack C. Ruffner, inmate of the Rhode Island Department of Corrections, Maximum Security Facility in Cranston, R.I. of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

73 . I am a Muslim who is doing a life-sentence, and I feel as though my rights are being violated by the Rhode Island D.O.C.. For example, I am constantly being ridiculed by certain staff members (officers), on a regular basis. Just today, an officer said from his own mouth, "I'm tired of doing sh*t for the Mosque," referring to making copies for Muslim inmates. Some time when I stand in line to recieve my dietary tray at chow, whichever C.O. is at that post will say something very derogatory. Yesterday, the warden told me and a few more of the Muslims that we can't sit together at the same table in the library. Why is it we can't come together in the library and read books together or study about our religon, but other inmates can sit in there together, not read any books, and just talk about foolishness and sports?

74 . My religon requires that I eat foods that are in accordance with Islamic law. The dietary trays that we recieve from the kitchen is nothing less than a mere mockery of what we believe in as practicing Muslims. Instead of giving us the proper meat, they give us cheese on almost all occasions.

Don't get me wrong, we do receive fish portions and beans sometime! But for the most part, I eat so much cheese that I sometime have trouble when I try to have a bowel movement. Like right now, we're locked down, for what I don't know, but because I'm Muslim, this is what they give me to eat for the night: cheese, bread, apple, milk and a small bag of potatoe chips! Every inmate that's not Muslim, instead of cheese and bread, they recieve a chicken patty sandwich.

75 . This is a grave injustice that I and other Muslims inmates continually get subjected to, on an everyday basis.

76 . I Jack C. Ruffner, ID# 90813, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 2-22-08

Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

77. I, Tracey Barros, inmate of the Rhode Island Department of Corrections, Maximum Security Facility, in Cranston, R.I., of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

78. I'm one of many brothers (Sunni Muslims) inside the Maximum Security prison, complaining how We (as a community) are being treated behind these prison walls. The Department of Corrections is being very racist, very disrespectful towards us brothers (Sunni Muslims) in Islam. Before any situations get worse We (as a community) ask the courts to step in and help us out! The D.O.C. is not giving us Muslims our proper food, the D.O.C. is telling us we can't have congregational prayer outside in the yard together, the D.O.C. is also telling us we can't sit together in the library and study our religon and the Arabic language when this is obligatory in our Islamic faith.

79. These are important and serious issues that we are dealing with behind prison walls. We are asking for the courts to step on and stop the Department of Corrections from treating us as less than the human beings that we are.

80 . I, Tracey Barros, I.D.#107650, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

DATE: 2-22-08 Tracey K Barros
Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

81 . I Terry L. Griffin, inmate of the Rhode Island Department of Corrections, Maximum Security Facility, in Cranston, R. I., of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

82 . As long as I've been in this building since 2006, there has always been a conflict with some of the staff. They have time and time again said things about Muslims just to see if we are going to cause any problems. We are a peaceful people no matter what people think. We want the respect that all other religons in here in this building. It would also be nice if they fed us better. Thank you.

83 . I, Terry L. Griffin, I.D.#64469, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

31

DATE: 2-24-08

Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

84. I, James Barnes, inmate of the Rhode Island Department of Corrections, Maximum Security Facility, in Cranston, R.I., of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

85. On several occaisons I have expierienced discrimination because I'm a Muslim striving to live a pious life. But how can I when the DOC staff won't allow us to study in the prison population library, calling us a gang!

86. Islam is a religon and we don't practice hate, that's not allowed: We follow Qur'an and Sunnah (the teachings of the Prophet Muhammad - Please and Blessings Be Upon Him). And the more I view this , I see that we are being treated unfairly. We have D.O.C. staff saying that they are going to break up this Muslim sh*t.

87. We don't disrespect the rules or regulations here, nor cause problems. We are just looking for our respect as Muslims, and not how the media views us, but we are instead being treated in here as though we are prisoners of war.

32

88 . I, James Barnes, I.D.#125679, hereby swear to the above affidavit under the penalty of perjury under both the Federal and State laws to the best of my knowledge under 28 USCA 1746.

DATE 2/22/08

Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

89. I, Alvin Smith, inmate of the Rhode Island Department of corrections, Maximum Security Facility in Cranston, R.I. of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

90. The Holy Qur'an tells Muslims in Surah 5, verses 3-4: "Forbidden to you (for food) are: Dead meat, Blood, the flesh of Swine, and that on which hath been invoked the name other than Allah."

91 . Prayer is the foundation of Islam. We as Muslims must pray five (5) times a day at their stated times. If we as Muslims are out in the prison yard, we are ordered by Allah to pray together in congregational prayer. This also is a part of the religon of Islam.

92 . The Holy Qur'an also tells us Muslims in Surah 62, verse 9: "O You who believe! When you hear the call to Friday

Prayer, hasten to the rememberance of Allah and leave your trading. This is better for you only if you knew it." The Warden here at Maximum Security (A.C.I.) will not allow us to pray in the mosque if the Imam from the outside does not show up. It is a Holy Day for Muslims all over the world, that means we still make the prayer together as ordered by Allah, and our beloved Prophet Muhammad (Peace and Blessings Be Upon Him).

93 . Also per order of Warden Weeden (A.C.I.) Maximum Security, Muslim inmates can no longer gather together coll-ectively as a group in the library (Bldg. #3) for the purpose of teaching, reading and or writing Arabic, and other such studies.

94. In a Maximum Security Newsletter, distributed in June 2007, page 2, paragraph 2 states:

> "BLDG. #3 RULES:
>
> The Reading & Law Libraries located in BLDG#3 are not to be used for recreation. They are to be uti-lized for there intended purpose, doing research or reading. Horseplay, loitering or loud and rowdy behavior will not be tolerated..."

95. Other inmates gather in the library around tables, but when the Muslims have Qur'ans out or read Arabic, now it's a problem. We, as Muslims, do not cause a disturbance and we use the library for its intended purpose.

96. Not every inmate wants to occupy their time playing games all day, everyday. When you are up in age, you begin to see the true reality and uselessness of wasting time.

97. The Holy Qur'an tells Muslims in Surah 18, verse 27: "Recite (and teach) what has been revealed to thee of the Book (Qur'an) of thy Lord." This is a command from Allah and the Sunnah (the way and example) of our beloved Prophet Muhammad (Peace and Blessing Be Upon Him).

98. No other group is being singled our except Muslims.

99. I, Alvin Smith, I.D.#78916, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 02.22.08

Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

100 . I, James Hundley, Plaintiff hereby makes the follwing statement of facts under the penalty of perjury under 28 USCA 1746, both federal and state laws. I swear as follows to the best of my knowledge:

101 . I am a practicing Muslim and am currently in the Maximum Security Facility, in Cranston, Rhode Island.

102 .I am having problems regarding my religion and the food situation.

103 . We're being told that we cant make congregation prayer in the recreational yard. In Islam it's obligatory that we pray wherever we're at when the time for prayer comes in.

104 . We're also being told that we can't congregrate in the reading library to read and learn together. No on else that goes in the reading library was told tat they can no longer congregate in the library to read.

105 . We are also having problems with the food situation. As a Muslim I am not allowed to eat any meat that's not slaughtered in the name of Allah (God) which is "halal" meat. We get beans and cheese on a daily basis.

106 .I feel like my first admendment rights are being violated and I'm being discriminated against because of my religion. I would like for this matter to be addressed by the courts.

107 . I, James Hundley, I.D.# 121405, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date 2-22-08 James Hundley
Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

108 . I, Dandridge Catus, inmate of the Rhode Island Department of Corrections, Maximum Security Facility, in Cranston, R.I., of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

109. I am a Muslim at the A.C.I.. I have expierienced unfair treatment that could be construed as harassment from the corrections officers that I feel is due to my religous beliefs. On numerous occasions I have heard derogatory statements about Muslims being directed toward myself and the other Muslims.

110. On several occasions they have given us the exact same meal for lunch and dinner or the very next day. No one else has to eat the exact same food for both lunch and dinner. We often receive less food than the rest of the population.

111. Our religon requires us to congregate and pray but we are prevented from doing so yet the rest of the population can congregate in large groups to walk the yard or to sun bathe and no one says a word. This is why I believe the unfair treatment is because of my religous belief.

112. I, Dandridge Catus, I.D.#126709, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 2-22-08

Dandridge Catus
Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

113. I, Omar Austin, inmate of the Rhode Island Department of Corrections, Maximum Security Facility, in Cranston, R.I., of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follos to the best of my knowledge:

114. I would like to voice issues concerning religous discrimination and the blatant excessive use of institutional policy, and the persecution of a single group. We Muslims were ordered not to pray together, a religous right that is obligatory in our religon.

115. The Muslims are obligated to adhere to our religous duties. Prayer, congregational learning or our religon, etc. This is a daily duty, mandatory for all Muslims around the world. We were told by the A.C.I. that we cannot teach each other about our religon. This violates our freedom of expression of religon. We are protected under the constitution to practice our religon so long as it does not threaten the daily orderly functioning of institutional regulations. Officer Hetu of the A.C.I.-Max made open racist verbal comments and attacks Islam every chance he gets. Any prevention from prayer and religous learning is against our rights.

116. We connot eat meat that is not in coherence with our religously observed diet. But, we've been forced to eat cheese or beans in every meal. We should be fed halal meat like Jewish prisoners who receive kosher trays.

117. I, Omar Austin, I.D.# 131428, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 2/22/08 Omar Shariff Austin

Signed under the penalty of perjury
[28 USCA 1746]