Corey A. Day, et al.
P.O. Box 8273
Cranston, RI 02920

RECEIVED
JUN 13 2008
Property of U.S. District Court
District of Rhode Island

June 9th, 2008

Clerk of Court
U.S. Dist. Court / R.I.
One Exchange Terrace
Providence, RI 02903

RE: "Islamic Sunni Ummah v. Ashbel T. Wall, et al.";
C.A. No. 08-094ML.

Dear Clerk:

There are several issues I must address:

(1.) • On 4/25/2008, Plaintiff Corey Day was removed from the above case.

• On 5/13/2008, Plaintiffs filed a motion to amend the complaint and add Corey Day back as a named plaintiff to this case.

• The Plaintiffs were under the impression that the complaint could be amended at any time, without the permission of the court, as long as the Defendants hadn't been served yet. One of the Plaintiffs, however, mistakenly filed a motion to amend on 5/13/2008.

Page 2.

• On 5/18/2008, the Plaintiffs Filed an amended complaint with the court, and served all of the Defendants in this case (See photocopy of Certified mail reciepts). This amended complaint added Corey Day as a Plaintiff.

• On 6/2/2008, however, the Plaintiffs recieved an order from the court granting them 20 days to file an amended complaint. Likewise, a docket sheet was received indicating that Corey Day was not yet listed as a Plaintiff.

• The purpose of this letter, therefore, is to indicate that our amended complaint has already been Filed with the court; and instead of us having to send another one to the clerk's office; in the interests of judicial economy; we thought it would be easier for us just to write a letter.

• So, in summation, the amended complaint we Filed on 5/18/2008 added Plaintiff Corey Day back on the case. Also, all of the Defendants have now been served with this amended complaint.

• All we need from the Clerk's office is to add Corey Day onto the docket.

Now if the Clerk's office cannot do this for some reason, we can re-file the amended complaint. However, most of the Plaintiffs in this case have been placed in the Segregation Unit of the Maximum Security Facility, and it may be a few months before we can file this amended complaint.

Consequently, we would have to File a Motion For [redacted] Extension of Time to File the

ded complaint. Therefore, to make things easier on all of us, as I mentioned earlier, please know that our amended complaint has already been filed on 5/18/2008, the Defendants have been served with this amended complaint, and all we need is for Plaintiff Corey Day's name to be indicated on the docket.

(2.) • Plaintiff Juan Evora has had a change of address. His new address is:

— Juan Evora
26 Anchor Street
Providence, RI 02908

• Plaintiff Omar Austin has also moved. He has been transferred to the New Jersey State Prison System. His precise address is unknown.

• Instead of the Clerk's Office having to notify each of the Plaintiffs in this case individually; it has been agreed upon that Plaintiff Corey Day may be served with all notices, motions, etc. from the Court, as we are all in the same location. Prior to this, Plaintiff Juan Evora was who the Clerk's Office would send all notices to, however he has moved from the prison.

We thank you very much for your time and help in this matter. Could you please send a docket sheet indicating that Plaintiff Corey Day

Page 4.

has been added to the Docket, and that Plaintiff Juan Evora's address has been updated.

Respectfully Yours,

Corey A. Day, et al.
Maximum Security
P.O. Box 8273
Cranston, RI 02920

7005 2570 0001 4829 6787

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To Warden Weeden
Street, Apt. No.; or PO Box No. P.O. Box 8273
City, State, ZIP+4 Cranston, R.I. 02920
PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6794

CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To Deputy Kettle
Street, Apt. No.; or PO Box No. P.O. Box 8273
City, State, ZIP+4 Cranston, R.I. 02920
PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6824

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To John Rogers
Street, Apt. No.; or PO Box No. 40 Howard Ave
City, State, ZIP+4 Cranston, R.I. 02920
PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6817

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To Roberta Richman
Street, Apt. No.; or PO Box No. 40 Howard Ave
City, State, ZIP+4 Cranston, R.I. 02920
PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6831

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
PROVIDENCE RI 02903

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To U.S. Dist. Court For Dist. of R.I.
Street, Apt. No.; or PO Box No. One Exchange Terrace Courthouse Building 119
City, State, ZIP+4 Providence, R.I. 02903
PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6800

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To Ashbel T. Wall
Street, Apt. No.; or PO Box No. 40 Howard Ave
City, State, ZIP+4 Cranston, R.I. 02920
PS Form 3800, June 2002 See Reverse for Instructions

This was an Amended Complaint which added Corey Day back on the case as Plaintiff.