Corey A. Day, et al.
P.O. Box 8273
Cranston, RI 02920

June 18, 2008

Michael B. Grant, Esq.
RIDOC Deputy Chief Legal Counsel
40 Howard Avenue
Cranston, RI 02920

RE: Service of Documents

Dear Attorney Grant:

As regards the current case against the Defendants you represent, **Islamic Sunni Ummah, et al., vs. Ashbel T. Wall, et al., 08-094ML,** we should be expecting to receive your waiver of the service of summons. Certified mail receipts indicate that all of the Defendants have recieved their copy of the complaint, and the request to waive summons. The 30 day deadline to waive the summons will expire on June 30, 2008.

In the interest of judicial economy, and to make things easier on all parties, you may serve all documents upon the Islamic Sunni Ummah through myself, as I am the authorized representive of the Islamic Sunni Ummah of Maximum Security, as well as lead Plaintiff in this case.

If, however, you choose to serve each of the Plaintiffs in this case individually with all motions, forms, etc., in this case, then please note the change of address for some of the Plaintiffs, as indicated by the most recent Docket Sheet which I have enclosed for your convience.

I will file a copy of this letter with the court so that there will be a record of my request to your office to have all motions, etc. served through my address.

I thank you for your time and look foward to hearing from you soon.

Respectfully Yours,

C. A. Day

Corey A. Day, Pro Se.

**CERTIFICATION OF SERVICE**

I, Corey A. Day, et al., hereby declare under the penalty of perjury pursuant to **28 U.S.C.A. Section 1746,** that I sent a true copy of the enclosed document to the Defendants' attorney, Michae l B. Grant, at 40 Howard Ave., Cranston, RI, Administration A Building; via Department of Corrections **Inter-Departmental Mail,** on 6-18-2008.

[signature], Pro Se