A.

7005 2570 0001 4829 6787

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To Warden Weeden
Street, Apt. No.; or PO Box No. P.O. Box 8273
City, State, ZIP+4 Cranston, R.I. 02920
PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6794

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To Deputy Kettle
Street, Apt. No.; or PO Box No. P.O. Box 8273
City, State, ZIP+4 Cranston, R.I. 02920
PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6824

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To John Rogers
Street, Apt. No.; or PO Box No. 40 Howard Ave
City, State, ZIP+4 Cranston, R.I. 02920
PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6817

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To Roberta Richman
Street, Apt. No.; or PO Box No. 40 Howard Ave
City, State, ZIP+4 Cranston, R.I. 02920
PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6831

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
PROVIDENCE RI 02903

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To U.S. Dist. Court For Dist of R.I.
Street, Apt. No.; or PO Box No. One Exchange Terrace
Courthouse Building 119
City, State, ZIP+4 Providence, R.I. 02903
PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6800

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To Ashbel T. Wall
Street, Apt. No.; or PO Box No. 40 Howard Ave
City, State, ZIP+4 Cranston, R.I. 02920
PS Form 3800, June 2002 See Reverse for Instructions

APPENDIX A

APPENDIX B

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

**United States District Court**
**for the**
**District of Rhode Island**

Islamic Sunni Ummah of Maximum Security Facility,

Corey Day, Juan Evora, Et al.

CLASS ACTION CIVIL COMPLAINT
****************************

Vs.

Civil Action No.____________

Ashbel T. Wall, Director DOC,

Warden Weeden, Maximum Security Facility,

Deputy Warden Kettle, Maximum Security,

Roberta Richman, Assistant Director Programs,

John Rogers, Supervisor R.I.D.O.C. Food Services, et al.

To:

Ashbel T. Wall, Director DOC, Warden Weeden, Maximum Security Facility, Deputy Warden Kettle, Maximum Security Facility, Roberta Richman, Assistant Director Programs, John Rogers, Supervisor R.I.D.O.C. Food Services, et al..

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or a official notice from the court.

APPENDIX B

It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within thirty (30) days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have sixty (60) days from the date this notice is sent (see the date below) to anwser the complaint.

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:______________

______________________________
Signed Under the Penalty of Perjury
(28 USCA 1746)

APPENDIX B

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does **not** include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an anwser or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if the summons had been served.

**APPENDIX B**

**WAIVER OF THE SERVICE OF SUMMONS**

**United States District Court**
**for the**
**District of Rhode Island**

Islamic Sunni Ummah of Maximum Security Facility,

Corey Day, Juan Evora, et al.

CLASS ACTION CIVIL COMPLAINT
***************************

Vs.

Civil Action No.____________

Ashbel T. Wall, Director DOC,

Warden Weeden, Maximum Security Facility,

Deputy Warden Kettle, Maximum Security,

Roberta Richman, Assistant Director Programs,

John Rogers, Supervisor R.I.D.O.C. Food Services, et al.

To: Corey Day, Juan Evora, et al.:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive

**APPENDIX B**

any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an anwser or a motion under Rule 12 within sixty (60) days from ___________________, the date when this request was sent.

Date:________________

________________________________
(Signature of the Attorney or unrepresented party)

________________________________
(Printed Name)

________________________________

________________________________

________________________________
(Address)

________________________________
(Telephone Number)