APPENDIX C

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
OFFICE OF LEGAL COUNSEL
40 Howard Avenue
Cranston, R.I. 02920
Tel: (401) 462-2622
Fax: (401) 462-2583
TDD: (401) 462-5180

May 20, 2008

Corey A. Day
P. O. Box 8273
Cranston, R. I. 02903

Dear Mr. Day:

Your letter dated April 16, 2008 to Director Wall has been referred to my office for an appropriate response.

Your correspondence to the Director challenges Warden Weeden's alleged statement that Muslims are prohibited from praying outside of their cells, which you feel violates the First Amendment to the constitution. In light of the fact that you, as well as a number of other inmates, have recently filed a civil rights action (C. A. No. 08-94 ML) in the United States District Court for the District of Rhode Island, wherein the identical issue is being contested, it is not appropriate for Director Wall or Warden Weeden to respond to you directly as they are named as party defendants.

Accordingly, I am asking that you direct all correspondence that relate to any issue contained in your lawsuit to my office directly and I shall promptly respond.

Very truly yours,

Michael B. Grant
Deputy Chief Legal Counsel

MBG:c

cc: Ashbel T. Wall, II, Director
James Weeden, Warden

APPENDIX D

Corey A. Day, et al.
P.O. Box 8273
Cranston, RI 02920

June 18, 2008

Michael B. Grant, Esq.
RIDOC Deputy Chief Legal Counsel
40 Howard Avenue
Cranston, RI 02920

RE: Service of Documents

Dear Attorney Grant:

As regards the current case against the Defendants you represent, **Islamic Sunni Ummah, et al., vs. Ashbel T. Wall, et al., 08-094ML,** we should be expecting to receive your waiver of the service of summons. Certified mail receipts indicate that all of the Defendants have recieved their copy of the complaint, and the request to waive summons. The 30 day deadline to waive the summons will expire on June 30, 2008.

In the interest of judicial economy, and to make things easier on all parties, you may serve all documents upon the Islamic Sunni Ummah through myself, as I am the authorized representive of the Islamic Sunni Ummah of Maximum Security, as well as lead Plaintiff in this case.

If, however, you choose to serve each of the Plaintiffs in this case individually with all motions, forms, etc., in this case, then please note the change of address for some of the Plaintiffs, as indicated by the most recent Docket Sheet which I have enclosed for your convience.

I will file a copy of this letter with the court so that there will be a record of my request to your office to have all motions, etc. served through my address.

I thank you for your time and look foward to hearing from you soon.

Respectfully Yours,

C. A. Day

Corey A. Day, Pro Se.

APPENDIX D

## CERTIFICATION OF SERVICE

I, Corey A. Day, et al., hereby declare under the penalty of perjury pursuant to **28 U.S.C.A. Section 1746**, that I sent a true copy of the enclosed document to the Defendants' attorney, Michae l B. Grant, at 40 Howard Ave., Cranston, RI, Administration A Building; via Department of Corrections **Inter-Departmental Mail**, on 6-18-2008.

[signature], Pro Se.

APPENDIX E

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deputy Kettle
P.O. Box 8273
Cranston, R.I. 02920

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Muriel Cole ☒ Agent ☐ Addressee

B. Received by (Printed Name) MURIEL COLE
C. Date of Delivery 6/19/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☒ Yes

2. Article Number *(Transfer from service label)* 7005 2570 0001 4829 6794

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ashbel T. Wall
40 Howard Ave
Cranston, R.I. 02920

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☒ Yes

2. Article Number *(Transfer from service label)* 7005 2570 0001 4829 6800

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

# APPENDIX E

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District Court For The District of Rhode Island
One Exchange Terrace
Courthouse Building 119
Providence, R.I. 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☒ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

PROVIDENCE RI MAY 19 2008

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 70 7005 2570 0001 4829 6831 31

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden Weeden
P.O. Box 8273
Cranston, R.I. 02920

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☒ Addressee

B. Received by (Printed Name) Jonab Web

C. Date of Delivery 5/15/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label) 70 7005 2570 0001 4829 6787 7

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540