**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**COREY A. DAY, ET AL., PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 08-094ML**

**ASHBEL T. WALL, ET AL., DEFENDANTS**

**AFFIDAVIT IN SUPPORT OF MOTION FOR JUDGEMENT OF DEFAULT UNDER RULE 55(b)(2)**

I, Corey A. Day, et al., hereby swear under the penalty of perjury pursuant to 28 U.S.C.A. Section 1746, that the Defendants in the above entitled action are not in the military service and are not an infant or incompetent.

Date: 8-2-08

Signed Under the Penalty of Perjury
(28 USCA 1746)