**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District Court For The District of Rhode Island one Exchange Terrace Courthouse Building 119 Providence, R.I. 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

PROVIDENCE MAY 19 2008

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 70 7005 2570 0001 4829 6831 31

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden Weeden P.O. Box 8273 Cranston, R.I. 02920

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☑ Addressee

B. Received by (Printed Name) John Webb

C. Date of Delivery 5/15/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label) 70 7005 2570 0001 4829 6787 7

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deputy Kettle
P.O. Box 8273
Cranston, R.I. 02920

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Muriel Cole ☒ Agent ☐ Addressee

B. Received by (Printed Name) MURIEL COLE

C. Date of Delivery 8/19/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label) 7005 2570 0001 4829 6794

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ashbel T. Wall
40 Howard Ave
Cranston, R.I. 02920

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label) 7005 2570 0001 4829 6800

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

7005 2570 0001 4829 6794

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To: Deputy Kettle
Street, Apt. No.; or PO Box No.: P.O. Box 8273
City, State, ZIP+4: Cranston, R.I. 02920

PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6787

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To: Warden Weeden
Street, Apt. No.; or PO Box No.: P.O. Box 8273
City, State, ZIP+4: Cranston, R.I. 029

PS Form 3800, June 2002 See Reverse for Ins

7005 2570 0001 4829 6831

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

PROVIDENCE RI 02903

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To: U.S. Dist. Court For Dist. of R.I.
Street, Apt. No.; or PO Box No.: One Exchange Terrace Courthouse Building 119
City, State, ZIP+4: Providence, R.I. 02903

PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6800

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provide*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To: Ashbel T. Wall
Street, Apt. No.; or PO Box No.: 40 Howard Ave
City, State, ZIP+4: Cranston, R.I. 0292

PS Form 3800, June 2002 See Reverse for Ins

7005 2570 0001 4829 6817

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To: Roberta Richman
Street, Apt. No.; or PO Box No.: 40 Howard Ave
City, State, ZIP+4: Cranston, R.I. 02920

PS Form 3800, June 2002 See Reverse for Instructions

7005 2570 0001 4829 6824

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provide*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

CRANSTON RI 02920

| | | |
|---|---|---|
| Postage | $ $4.80 | 0102 |
| Certified Fee | $2.70 | 23 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | 05/18/2008 |

Sent To: John Rogers
Street, Apt. No.; or PO Box No.: 40 Howard Ave
City, State, ZIP+4: Cranston, R.I. 0292

PS Form 3800, June 2002 See Reverse for Inst