Islamic Sunni Ummah, et al.
Corey A. Day (lead plaintiff)
ID# 127574
Maximum Security Facility
P.O. Box 8273
Cranston, RI 02920-0273

August 25th, 2008

Honorable Judge Mary M. Lisi
United States District Court for the
District of Rhode Island
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903-1779

RE: "Islamic Sunni Ummah, et al., vs. Ashbel T. Wall", et al.; Civil Action No. 08-094 ML.

Dear Honorable Judge Lisi:

We are an un-represented class action that is currently being heard before Honorable Magistrate Hagopian. We are writing you because we are concerned with the fact that we don't have an attorney, even though we are a class action. The court rules say that we are supposed to have an attorney represent us. We even addressed this in one of our motions, but the Magistrate has never given an answer to us on

the matter.

The Defendants' just filed a motion to dissmiss our case, and we really don't know what to do any more. We're afraid that our case will be dissmissed if we don't say something in response to the Defendants' motion to dissmiss our case in enough time. We don't even know how much time we have.

Your Honor, could you please help us to get an attorney soon? We just don't know what is supposed to be done. It's not like we're lawyers. Most of us haven't even been to high school. Thank you for your help.

Respectfully Yours,

[signature]

Corey A. Day, et al.
ID# 127574
Islamic Sunni Ummah
Maximum Security Facility
P.O. Box 8273
Cranston, RI 02920-0273