United States District Court for the
District of Rhode Island

Corey Day, et al., Plaintiffs

vs. C.A. No. 08-094ML

Ashbel T. Wall, et al., Defendants

Motion for (1) Certification of Class; (2) Appointment of Counsel; and (3) Extension of Time to Respond to Defendants' 12(b)(6) Motion.

• The Plaintiffs petition this Honorable Court for certification of this class action civil suit, pursuant to Fed. R. Civ. P. 23(c).

• Likewise, the Plaintiffs petition the Court for appointment of Class Counsel, pursuant to Fed. R. Civ. P. 23(g).

• On 8/21/08, the Defendants filed a Rule 12(b)(6) motion for dissmissal of the above action. The Plaintiffs respectfully petition this court for a reasonable extension of time to respond to the Defendants' motion.

WHEREFORE the Plaintiffs' request that this court grant the relief sought.

Respectfully Submitted,

Corey Day Date: 8/25/08

Corey A. Day, et al.
P.O. Box 8273
Cranston, RI 02920

Certification of Service

I, Corey Day, et al., hereby certify that I mailed a true copy of this Motion to the Office of the Clerk, located at One Exchange Terrace, via United States Postal Service, on 8/25/08.

Corey Day

Declared under the penalty of perjury, pursuant to 28 U.S.C. §1746.