**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN EVORA, ET AL**

**V.** **C.A. No. 08-094 ML**

**A.T. WALL, II, ET AL**

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Now come the defendants in the above entitled matter and hereby object to the plaintiff's motion for class certification as and for the reasons proffered in the accompanying memorandum.

Respectfully submitted,
DEFENDANTS
By their Attorney,
/S/ Michael B. Grant
__________________________
Michael B. Grant, Bar No. 3864
Deputy Chief Legal Counsel
R.I Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
TEL: (401) 462-2910
FAX: (401) 462-2583

**CERTIFICATION**

The undersigned, hereby certify that a on 2nd day of September, 2008 a true copy of the within was mailed to, Corey Day, Juan Evora, Omar Austin, James Barnes, Tracey Barros, Dandridge Catus, Alvin Smith, Marvin Rubio, James Hundley, Gary Gronkiewicz, Carlos Ocasio, Shea Cooke, Terry Griffin, Simeon Briggs, Jack Ruffner.

/S/ Michael B. Grant
__________________________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN EVORA, ET AL**

**V.** **C.A. No. 08-094 ML**

**A.T. WALL, II, ET AL**

**MEMORANDUM**

Although the instant motion purports to be from all of the named plaintiffs, only plaintiff Corey Day has signed the motion. The motion simply indicates that a certification of a class action is sought pursuant to Fed. R. Civ. P23(c).

The instant motion should be denied on the grounds that the plaintiffs have failed to show any of the prerequisites entitling them to a class action Fed. R. Civ. P23(a)(b). Accordingly, plaintiffs motion should be denied.

Respectfully submitted,
DEFENDANTS
By their Attorney,
/S/ Michael B. Grant
__________________________

Michael B. Grant, Bar No. 3864
Deputy Chief Legal Counsel
R.I Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
TEL: (401) 462-2910
FAX: (401) 462-2583