**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN EVORA, ET AL**

**V.** **C.A. No. 08-094 ML**

**A.T. WALL, II, ET AL**

**DEFENDANT' OBJECTION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

Now come the defendants in the above entitled matter and hereby object to the plaintiff's motion for appointment of counsel as and for the reasons proffered in the accompanying memorandum.

Respectfully submitted,
DEFENDANTS
By their Attorney,
/S/ Michael B. Grant
______________________

Michael B. Grant, Bar No. 3864
Deputy Chief Legal Counsel
R.I Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
TEL: (401) 462-2910
FAX: (401) 462-2583

**CERTIFICATION**

The undersigned, hereby certify that a on 2nd day of September, 2008 a true copy of the within was mailed to, Corey Day, Juan Evora, Omar Austin, James Barnes, Tracey Barros, Dandridge Catus, Alvin Smith, Marvin Rubio, James Hundley, Gary Gronkiewicz, Carlos Ocasio, Shea Cooke, Terry Griffin, Simeon Briggs, Jack Ruffner.

/S/ Michael B. Grant
______________________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN EVORA, ET AL**

**V.** **C.A. No. 08-094 ML**

**A.T. WALL, II, ET AL**

**MEMORANDUM**

Although the instant motion purports to be brought by all named plaintiffs, only plaintiff Corey Day has signed the same. Plaintiffs in the motion simply request that the court appoint counsel to represent plaintiffs' class pursuant to Fed. R. Civ. P. 23(g). Plaintiffs have filed, contemporaneously herewith, a motion for class certification. The motion is brief and fails to show any entitlement class certification. Accordingly, Plaintiffs have not demonstrated entitlement to have counsel appointed to represent them in this matter and thus plaintiff's motion should be denied.

Respectfully submitted,
DEFENDANTS
By their Attorney,
/S/ Michael B. Grant
_____________________________
Michael B. Grant, Bar No. 3864
Deputy Chief Legal Counsel
R.I Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
TEL: (401) 462-2910
FAX: (401) 462-2583