**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**COREY DAY, JUAN EVORA, et al.**

**v.** **C.A. No. 08-094 ML**

**ASHBEL T. WALL, et al.**

**O R D E R**

Plaintiffs, *pro se*, inmates in the custody of the Rhode Island Department of Corrections in Cranston, Rhode Island, filed an amended complaint challenging the conditions of their confinement (Docket # 12). Presently before the Court is plaintiffs' motion for an order directing the United States Marshal Service to effect service of process on the defendants. (Docket # 16). Plaintiffs stated that the defendants had failed to respond to their request for waiver of service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure (the "Federal Rules"). However, subsequent to plaintiffs' filing their motion, defendants filed with the Court a motion to dismiss the complaint for failure to state a claim pursuant to Federal Rule 12(b)(6) (Docket # 20). Therefore, plaintiffs' motion for service of process by the United States Marshal Service is moot and is hereby **DENIED**.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: Sep 2, 2008