UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

COREY DAY, JUAN EVORA, et al.

v.  CA 08-094 ML

ASHBEL T. WALL, et al.

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Hagopian on October 14, 2008. I have reviewed the Report and Recommendation and Defendants' objection, and adopt the Report and Recommendation in its entirety. Plaintiff's Motion for Judgment of Default (Docket #19) and Motion for Class Certification (Docket #23) are DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
October 30, 2008