UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COREY DAY, et al

v.  C.A. 08-094ML

ASHBEL T. WALL, et al

ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian dated December 16, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Motion to be removed as a plaintiff by Gary Gromkiewicz is hereby GRANTED.

This action is dismissed without prejudice as to plaintiff Gary Gromkiewicz.

BY ORDER:

*/s/ Mary M. Lisi*
Mary M. Lisi
Chief U.S. District Judge
January 6, 2009

Entered as an Order of this Court on January 6, 2009 ~~October, 2008~~

*/s/ Barbara Barletta*
Deputy Clerk