UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN EVORA, et al

v.     C.A. 08-94ML

ASHBEL T. WALL, et al

## ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian dated January 6, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Motion to Remove Dandridge Catus as a plaintiff is GRANTED and the petition is dismissed without prejudice as to Dandridge Catus.

BY ORDER:

_____
Mary M. Lisi
Chief U.S. District Judge
February 23, 2009

Entered as an Order of this Court on February 23, 2009

_____
Deputy Clerk