UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COREY DAY, et al

v.                                                      C.A. 08-94ML

ASHBEL T. WALL, et al

## ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian dated March 10, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Defendants' First Motion to Dismiss is DENIED.

BY ORDER:

_Mary M. Lisi_
Mary M. Lisi
Chief U.S. District Judge
April 2 , 2009

Entered as an Order of this Court on April 2 , 2009

_Barbara Barletta_
Deputy Clerk